UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-CR-10098 WGY |
| | ) | |
| DESIREE ALVES | ) | |

<u>Assented-To Motion to Continue Time for Discovery Letter</u>

Counsel for defendant Desiree Alves hereby requests that this Court permit her to have until Wednesday, July 28 to file a discovery letter in this case. In support of this motion, counsel for the defendant states that she has not finished reviewing the discovery provided to date, including documents, tapes, and CDroms, and requires the additional time to complete her review and to discuss with the client any discovery requests.

The Assistant United States Attorney in this case, Susan Poswistilo, has no objection to this motion.

                                                  DESIREE ALVES
                                                  By her attorney,

                                                  /s/ Page Kelley
                                                  Page Kelley
                                                    B.B.O. #548237
                                                  Federal Defender Office
                                                  408 Atlantic Avenue, 3rd Floor
                                                  Boston, MA  02110
                                                  Tel: 617-223-8061