UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-CR-10098 WGY |
| | ) | |
| DESIREE ALVES | ) | |

<u>Defendant's Motion For Joinder In Co-Defendants' Motions</u>

Defendant Desiree Alves hereby moves to join in the substantive motions filed by co-defendants in the above-numbered case, insofar as those motions apply to her.

                                                                       DESIREE ALVES
                                                                       By her attorney,

                                                                       /s/ Page Kelley
                                                                       Page Kelley
                                                                          B.B.O. #548237
                                                                       Federal Defender Office
                                                                       408 Atlantic Avenue, 3rd Floor
                                                                       Boston, MA  02110
                                                                       Tel: 617-223-8061

March 18, 2005