## Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DEA

**County** Barnstable

**Related Case Information:**
Superseding Ind./ Inf.  Yes   Case No. 04-10098-WGY
Same Defendant  YES   New Defendant _____
Magistrate Judge Case Number  04M-1038
Search Warrant Case Number  04M-1041 to 1044
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** William Tejeda   Juvenile: ☐ Yes ☐ No

**Alias Name** _____

**Address** 1234 Boston Road, Bronx, New York

**Birthdate:** 00-00-76   **SS #** 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   **Sex:** M   **Race:** Hispanic   **Nationality** _____

**Defense Counsel if known:** David Apfel   **Address** Goodwin Proctor, LLP, 53 State Street

**Bar Number** _____   Boston, MA 02109

### U.S. Attorney Information:

**AUSA** Susan M. Poswistilo   **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☐ No   List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes  x No

**Warrant Requested**  x  Regular Process   ☐ In Custody

### Location Status:

**Arrest Date** March 16, 2004

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
X On Pretrial Release:  Ordered by: USMJ Dein on April 19, 2004

**Charging Document:**  Complaint  ☐ Information  X Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  X Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: April 20, 2005   Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    William Tejeda

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

City _____

**Related Case Information:**

County    Barnstable    Superseding Ind./ Inf. YES    Case No. 04-10098-WGY
Same Defendant YES    New _____
Magistrate Judge Case Number 04M-1038
Search Warrant Case Number 04M-1041 TO 1044-JGD
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   Desiree Alves     Juvenile: ☐ Yes ☐ No

**Alias Name** _____

**Address**   299 Camp Street, Yarmouth, MA

**Birthdate** 00-00-80   **SS #** 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   **Sex:** F   **Race** Black   **Nationalit** _____

**Defense Counsel if known:** Page Kelly    **Address** Federal Defender's Office

**Bar Number** _____    408 Atlantic Ave, Boston, 02210

**U.S. Attorney Information:**

**AUSA**   Susan M. Poswistilo    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    X Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date**   March 16, 2003

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release: Ordered by: USMJ Dein    on   March 19, 2004

**Charging Document:** Complaint    ☐ Information    X Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☐ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/20/05    **Signature of AUSA:** _____

District Court Case Number   (To be filled in by deputy clerk): _____

Name of Defendant    Desiree Alves _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

_____

_____

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   Category No. __II__   Investigating Agency __DEA__

   Related Case Information:

County __Barnstable__   Superseding Ind./ Inf. __YES__   Case No. __01-10098-WGY__
   Same Defendant __Yes__   New __x__
   Magistrate Judge Case Number __04M-1038__
   Search Warrant Case Number __04M-1041 to 1044-JGD__
   R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name __Carmen Figueroa__   Juvenile:  ☐ Yes   x No
Alias Name ____
Address __90 Sandwich Road, Bourne, MA__
Birthdate __00-00-79__  SS # __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__  Sex: __F__  Race __Black__  Nationalit ____

Defense Counsel if known: __John LaChance__   Address __600 Worcester Rd., Suite 501__
Bar Number ____   __Framingham, MA 01701__

**U.S. Attorney Information:**

AUSA __Susan M. Poswistilo__   Bar Number if applicable ____

Interpreter:  ☐ Yes  X☐ No   List language and/or dialect: ____

Matter to be SEALED:   ☐ Yes  X☐ No

   ☐ Warrant Requested   X Regular Process   ☐ In Custody

**Location Status:**

Arrest Date __March 16, 2004__

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody at ____   ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release: Ordered by: __USMJ Dein__   on __March 19, 2004__

Charging Document:   Complaint   ☐ Information   X Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☐ Felony __1__

   Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __4/20/05__   Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Carmen Figueroa

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

ЈS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**      **Category No.** II      **Investigating Agency** DEA

**Related Case Information:**

**County** Barnstable     **Superseding Ind./ Inf.** YES     **Case No.** 04-10098-WGY
**Same Defendant** YES     **New** _____
**Magistrate Judge Case Number** 04M-1038
**Search Warrant Case Number** 04M-1041 to 1044-JGD
**R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant Name** Christopher T. Custer     **Juvenile:** ☐ Yes   X No

**Alias Name** _____

**Address** 18 Murphy Road, Hyannis, MA

**Birthdate** 1977   **SS #** 9115   **Sex:** M   **Race** Caucasion   **Nationalit** _____

**Defense Counsel if known:** Mark D. Smith     **Address** 15 Broad Street, Ste. 600

**Bar Number** _____     Boston, MA 02109

**U.S. Attorney Information:**

**AUSA** Susan M. Poswistilo     **Bar Number if applicable** _____

**Interpreter:** ☐ Yes   X☐ No     **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes   X☐ No

☐ Warrant Requested     X Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** March 16, 2004

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release: Ordered by: USMJ Pitman (SDNY) on 4/22/04

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☐ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/20/05     **Signature of AUSA:** _[signature]_

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

District Court Case Number   (To be filled in by deputy clerk): _____

Name of Defendant   Christopher T. Custer

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

JS 45 all defendantsSuperseding.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

City _____

**Related Case Information:**

**County** Barnstable     Superseding Ind./ Inf. YES     Case No. 04-10098-WGY
Same Defendant YES     New Defendant _____
Magistrate Judge Case Number   04-1038 and 04M-1049
Search Warrant Case Number   04M-1041 through 1044-JGD
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   Manuel Lamont Mendes     Juvenile: ☐ Yes  ■ No

Alias Name _____

Address   Plymouth House of Correction

Birthdate: 1975    SS # 0354    Sex: Male    Race: CVR    Nationality _____

**Defense Counsel if known:**   Thomas J. Ford     Address   141 Tremont Street, Ste. 400

Bar Number _____     Boston, MA 02111

**U.S. Attorney Information:**

AUSA   Susan M. Poswistilo     Bar Number if applicable _____

**Interpreter:** ☐ Yes  ■ No     List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes  ■ No

☐ Warrant Requested     ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
■ Already in State Custody at ~~MCI Cedar Junction~~ ■ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ■ Indictment

**Total # of Counts:** ☐ Petty ___ ☐ Misdemeanor ___ ■ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/20/05     Signature of AUSA _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Manuel Lamont Mendes

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   Category No. __II__   Investigating Agency __DEA__

City _____   **Related Case Information:**

County __Barnstable__

Superseding Ind./ Inf. __YES__   Case No. __04-10098-WGY__
Same Defendant __YES__   New Defendant _____
Magistrate Judge Case Number __04M-1049__
Search Warrant Case Number __04M1041 to 1044-JGD__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Jennifer Pavao__   Juvenile: ☐ Yes   X No

Alias Name _____

Address __153 Bacon Road, Hyannis MA__

Birthdate: __00/00/78__   SS # __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__   Sex: __F__   Race: __Caucasion__   Nationalit _____

**Defense Counsel if known:** __Michael Andrews__   Address __21 Customs House Street, Ste. 920__

Bar Number _____   __Boston, MA 02110__

**U.S. Attorney Information:**

AUSA __Susan M. Poswistilo__   Bar Number if applicable _____

**Interpreter:** ☐ Yes   X☐ No   List language and/or dialect: _____

**Matter to be SEALED:** Yes   ☐X No

Warrant Requested   X   Regular Process   ☐ In Custody

**Location Status:**

Arrest Date __3/16/04__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: __USMJ Pitman (SDNY)__   on __March 17, 2004__

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☐ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __4/20/05__   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

Name of Defendant    Jennifer Pavao

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 PavaoSuperseding.wpd - 2/7/02