```
 1                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
 2
                                         Criminal No.
 3                                       04-10098-WGY

 4
     * * * * * * * * * * * * * * *
 5                                 *
     UNITED STATES OF AMERICA      *
 6                                 *
     v.                            *   PLEA HEARING
 7                                 *
     DESIREE ALVES                 *
 8                                 *
     * * * * * * * * * * * * * * *
 9

10

11

12           BEFORE:  The Honorable William G. Young,
                              District Judge
13

14
     APPEARANCES:
15
              SUSAN M. POSWISTILO and NANCY RUE,
16      Assistant United States Attorneys, 1 Courthouse
        Way, Suite 9200, Boston, Massachusetts 02210, on
17      behalf of the Government

18            FEDERAL DEFENDER'S OFFICE (By M. Page
        Kelley, Esq.), 408 Atlantic Avenue, Third Floor,
19      Boston, Massachusetts 02210, on behalf of Desiree
        Alves
20

21

22

23
                                    1 Courthouse Way
24                                  Boston, Massachusetts

25                                  April 25, 2005
```