```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                              Criminal No.
                                              04-10098-WGY

* * * * * * * * * * * * * * * *
                                 *   MOTION TO SUPPRESS
UNITED STATES OF AMERICA         *      (Volume 2)
                                 *
v.                               *   TRANSCRIPT OF
                                 *   PRELIMINARY
CARMEN FIGUEROA and              *   JURY INSTRUCTIONS,
WILLIAM TEJEDA                   *   OPENING STATEMENTS
                                 *   and THE EVIDENCE
* * * * * * * * * * * * * * * *      (Volume 2)




            BEFORE:  The Honorable William G. Young,
                     District Judge, and a Jury



APPEARANCES:

          SUSAN M. POSWISTILO and NANCY RUE,
    Assistant United States Attorneys, 1 Courthouse
    Way, Suite 9200, Boston, Massachusetts 02210, on
    behalf of the Government

          JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
    Suite 501, Framingham, Massachusetts 01702, on
    behalf of Carmen Figueroa

          GOODWIN PROCTER, LLP (By David J. Apfel,
    Esq. and Jennifer W. Fischesser, Esq.), Exchange
    Place, Boston, Massachusetts 02109-2881, on behalf
    of William Tejeda

                                         1 Courthouse Way
                                         Boston, Massachusetts

                                         May 4, 2005
```

```
 1                        I N D E X

 2                    MOTION TO SUPPRESS

 3
     WITNESS:           DIRECT    CROSS    REDIRECT    RECROSS
 4

 5   BRIAN J. GUINEY, Resumed

 6    By Mr. Apfel                6

 7

 8                                          FOR       IN

 9      EXHIBITS:                           I.D.      EVID.

10

11   C       Drug Test Results . . . . . . . . . . . . . 6
```

1                              **I N D E X**

2                              **JURY TRIAL**

3

4    Preliminary Jury Instructions . . . . . . . . . . . . 16

5    Opening Statement by Ms. Rue  . . . . . . . . . . . . 35

6    Opening Statement by Mr. LaChance . . . . . . . . . . 47

7    Opening Statement by Mr. Apfel . . . . . . . . . . . 53

8

9    **WITNESS:**           **DIRECT**    **CROSS**     **REDIRECT**    **RECROSS**

10   SEAN BALCOM

11     By Ms. Poswistilo   62

12                                                    FOR        IN

13      **EXHIBITS:**                                **I.D.**    **EVID.**

14   3    Call Number 81 . . . . . . . . . . . . . . . . . 75

15   A    Transcript . . . . . . . . . . . . . . . 75

16   4    Call Number 82 . . . . . . . . . . . . . . . . . 78

17   6    Call Number 83 . . . . . . . . . . . . . . . . . 78

18   7    Call Number 99 . . . . . . . . . . . . . . . . . 78

19   8    Call Number 103 . . . . . . . . . . . . . . . . . 78

20   9    Call Number 104 . . . . . . . . . . . . . . . . . 78

21   B-G  Transcripts . . . . . . . . . . . . . 78

22   1    Photograph . . . . . . . . . . . . . . . . . . . 97

23   2    Photograph . . . . . . . . . . . . . . . . . . . 97

24

25