UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-CR-10098 WGY |
| | ) | |
| DESIREE ALVES | ) | |

## MOTION TO FILE SENTENCING MEMORANDUM AND SUPPORTING DOCUMENTS UNDER SEAL

Counsel for defendant Desiree Alves hereby requests that this Court permit her to file her Sentencing Memorandum and supporting documents under seal, as information contained therein is highly personal and confidential.

DESIREE ALVES
By her attorney,
/s/ Page Kelley
Page Kelley
 B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 9, 2006.
 /s/ Page Kelley
Page Kelley