```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                                  Criminal No.
                                                  04-10098-WGY



 * * * * * * * * * * * * * * * *
                                *
UNITED STATES OF AMERICA        *
                                *
v.                              *   SENTENCING EXCERPT
                                *
DESIREE ALVES                   *
                                *
 * * * * * * * * * * * * * * * *


            BEFORE:  The Honorable William G. Young,
                            District Judge








                                           1 Courthouse Way
                                           Boston, Massachusetts

                                           March 29, 2006
```

1    **THE COURT:** Ms. Desiree Alves, in consideration of
2    the offense of which you stand convicted, the principles of
3    18 United States Code, Section 3553, the information from
4    the United States Attorney, the probation office, your
5    attorney and yourself, this Court sentences you to three
6    years in the custody of the United States Attorney General.
7    The Court places you on five years of supervised release
8    thereafter.  The Court imposes upon you no fine due to your
9    inability to pay a fine.  The Court imposes the $100 special
10   assessment required by the law.
11           In addition to the general conditions of supervised
12   release, you shall contribute a DNA sample.  You're
13   prohibited from possessing a firearm or other dangerous
14   weapon.  You shall participate in a mental health program as
15   directed by the United States Probation Office.  You shall
16   refrain from the unlawful use of any controlled substance
17   and shall submit to drug testing not to exceed 104 drug
18   tests per year.
19           Let me explain this sentence to you.
20   **MS. KELLEY:** May we sit down, your Honor?
21   **THE COURT:** Of course.  Of course you may.
22           What you did requires, it requires the punishment
23   of prison.  This trafficking in these most serious drugs
24   simply requires the punishment of prison.
25           Now, I have taken into account, I have considered

```
 1   and carefully considered the reduction from the sentence
 2   that otherwise would be strongly advised by the congress,
 3   your cooperation.  And the government has made a
 4   recommendation in your case which is both sensitive, and,
 5   given its position generally, accurate.  And though I have
 6   imposed a lesser sentence, I do not criticize the
 7   government's position in the least.
 8            I further take into account the fact that you are
 9   the victim of duress here.  Duress on the part of a person
10   far more culpable than you at whose direction you did these
11   acts.
12            I want to be clear that I -- and that's why I cut
13   their 67 month recommendation to a 36 month recommendation.
14   I want to be clear on what I have considered but not weighed
15   in the balance here.  I have seriously considered the
16   situation of your minor children.  But I have not made the
17   sentence less or stayed my hand because of the fact that you
18   have these minor children.  And you are a good mother to
19   them.  Everyone tells me that.  I am satisfied with that.
20            I do that because I think that people who commit
21   crimes necessarily must be punished without particular
22   regard to their family circumstances.  If that be error,
23   there are courts that can correct me.
24            Second.  I want to make clear that a sentence that
25   would most assure rehabilitation here, that would most
```

```
 1   assure your rehabilitation, the sentence that would be best
 2   for you as a human being would be the sentence that Ms.
 3   Kelley argued for time served.  And so I didn't give that
 4   and therefore I recognize, unfortunately, that this is not
 5   the best rehabilitation for you.
 6            One of the reasons in this Court's judgment that
 7   there must be the punishment of prison time here is that if
 8   there were not, for people who are otherwise vulnerable and
 9   under the domination of people who are far more culpable and
10   directly involved in drugs, the likelihood of the general,
11   the general deterrence of the criminal laws would be
12   dissipated and other people as young as you, in your
13   situation, would be more likely victimized.  Because the
14   drug dealers could properly say, oh, it's not a big deal.
15   They'll only get a slap on the wrist.  And that's not the
16   situation.
17            Now, that's the sentence of the Court.  You have
18   the right to appeal from any findings or rulings that this
19   Court has made against you because this sentence, of course,
20   is within the guidelines given the motion, but even a
21   sentence within the guidelines we now know can be
22   unreasonable, so I wanted to explain precisely why I have
23   imposed the sentence.
24            You have a right to appeal from any findings or
25   rulings the Court has made against you.  Should you appeal
```

```
 1    and should your appeal be successful in hole or in part this
 2    case will be, and the case remanded, it will be resentenced
 3    before another judge.
 4              Should either party seek an appeal the Court
 5    directs that you make motion for the transcript before
 6    filing the notice of appeal so I can expedite the transcript
 7    preparation.
 8              Do you understand, Ms. Kelley?
 9              MS. KELLEY:  Yes, your Honor.
10              THE COURT:  Ms. Poswistilo?
11              MS. POSWISTILO:  Yes, your Honor.
12              THE COURT:  She's remanded to the custody of the
13    marshals.
14              (Whereupon the matter concluded.)
15
16
17
18
19
20
21
22
23
24
25
```