```
                 UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS

                                              Criminal No.
                                              04-10098-WGY


    * * * * * * * * * * * * * * * *
                                   *
    UNITED STATES OF AMERICA       *
                                   *
    v.                             *   DISPOSITION
                                   *
    DESIREE ALVES                  *
                                   *
    * * * * * * * * * * * * * * * *



              BEFORE:  The Honorable William G. Young,
                             District Judge




    APPEARANCES:

              SUSAN M. POSWISTILO and NANCY RUE,
         Assistant United States Attorneys, 1 Courthouse
         Way, Suite 9200, Boston, Massachusetts 02210, on
         behalf of the Government

              FEDERAL DEFENDER'S OFFICE (By Page Kelley,
         Esq.), 408 Atlantic Avenue, Third Floor, Boston,
         Massachusetts 02210, on behalf of Desiree Alves



                                         1 Courthouse Way
                                         Boston, Massachusetts

                                         March 29, 2006
```