UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-CR-10098 WGY |
| | ) | |
| DESIREE ALVES | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the defendant, Desiree Alves, appeals to the United States Court of Appeals for the First Circuit from the sentence imposed on the defendant Desiree Alves by the district court (Young, J.) on March 29, 2006, and from the resulting Judgment in a Criminal Case, entered on the docket on March 30, 2006.

DESIREE ALVES
By her attorney,
/s/ Page Kelley
Page Kelley
   B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 5, 2006.
   /s/ Page Kelley
Page Kelley