| 05/04/2005 | | NOTICE OF RESCHEDULING as to Manuel Lamont Mendes Sentencing reset for Thur. 7/21/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 05/04/2005) |
|---|---|---|
| 05/04/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Motion Hearing as to Wiliam Tejeda held on 5/4/2005 re 41 MOTION to Suppress *Evidence Seized From Locker And Statements Purportedly Made* filed by Wiliam Tejeda,, 42 MOTION to Suppress *Evidence Obtained As A Result Of Unlawful Seizure Of Car On February 10, 2004* filed by Wiliam Tejeda, Government evidence continues. Court denies in part and takes under advisement the other. Hearing continued to Tue. May 10 at 2PM (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/04/2005) |
| 05/04/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Arraignment as to Carmen Figueroa (3) Count 1ss and Wiliam Tejeda (5) Count 1ss held on 5/4/2005,Defendants plead NOT GUILTY. Jury Trial Day 2 as to Carmen Figueroa, Wiliam Tejeda held on 5/4/2005 Jury Sworn. Court gives pretrial charge. Opening remarks by Government and Defendants. Government evidence commences. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/04/2005) |
| 05/06/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Jury Trial Day 3 as to Carmen Figueroa, Wiliam Tejeda held on 5/6/2005 Govt's evidence continues. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/06/2005) |
| 05/06/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Arraignment as to Christopher Custer (2) Count 1ss held on 5/6/2005. Defendant Sworn. Defendant waives the reasing of the second superseding indictment. Court conducts plea colloquy with the defendant. After hearing the court accepts a plea of GUILTY to count 1ss. Sentencing set for 7/19/05 at 2PM. Procedural order to issue. Defendant remanded to custody. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/09/2005) |
| 05/06/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Plea entered by Christopher Custer (2) Guilty Count 1ss. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/09/2005) |
| 05/08/2005 | 99 | MOTION for Declaration of Mistrial as to Wiliam Tejeda. (Apfel, David) (Entered: 05/08/2005) |
| 05/09/2005 | 100 | Judge William G. Young : Electronic ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Christopher Custer Sentencing set for 7/19/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 05/09/2005) |
| 05/09/2005 | | Judge William G. Young : Electronic ORDER entered denying 99 Motion for Declaration of Mistrial as to Wiliam Tejeda (5) (Smith, Bonnie) (Entered: 05/09/2005) |
| 05/09/2005 | 101 | EX PARTE MOTION to Seal as to Wiliam Tejeda. (Bell, Marie) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 05/09/2005) |
| 05/09/2005 | 🔍 | Judge William G. Young : Electronic ORDER entered denying 101 Ex Parte Motion to Seal as to Wiliam Tejeda (5). cc/cl. (Bell, Marie) (Entered: 05/09/2005) |
| 05/09/2005 | 🔍 102 | Ex Parte MOTION for Funds to Engage an Expert Witness as to Wiliam Tejeda. (Bell, Marie) (Entered: 05/09/2005) |
| 05/09/2005 | 🔍 | Judge William G. Young : Electronic ORDER entered granting 102 Ex Parte Motion for Funds to Engage an Expert Witness as to Wiliam Tejeda (5). cc/cl. (Bell, Marie) (Entered: 05/09/2005) |
| 05/09/2005 | 🔍 103 | Memorandum regarding Issue of Duress as to Carmen Figueroa (LaChance, John) (Entered: 05/09/2005) |
| 05/09/2005 | 🔍 | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Jury Trial Day 4 as to Carmen Figueroa, Wiliam Tejeda held on 5/9/2005 Prior to the start of evidence, the court conducts a voir dire of 2 jurors re: the actions of a spectator. After voir dire, the court hears from the government and defense re: motion for mistrial. Motion is denied and the Jury trial continues with the government's evidence. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/10/2005) |
| 05/10/2005 | 🔍 | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Jury Trial Day 5 as to Carmen Figueroa, Wiliam Tejeda held on 5/10/2005 The Court conducts voir dire of the entire jury re: actiosn occurring in the courtroom on Wed. 5/4/05. After voir dire the court rules the truial is to go forward. Government evidence continues. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/10/2005) |
| 05/10/2005 | 🔍 | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Motion Hearing as to Wiliam Tejeda held on 5/10/2005 re 41 MOTION to Suppress *Evidence Seized From Locker And Statements Purportedly Made* filed by Wiliam Tejeda, Suppression hearing continued. After hearing the court makes findings of facts and rulings. The Motion as to statements made by defendant Tejada is Allowed. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/11/2005) |
| 05/11/2005 | 🔍 | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Jury Trial Day 6 as to Carmen Figueroa, Wiliam Tejeda held on 5/11/2005 Government evidence continues(Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/13/2005) |
| 05/12/2005 | 🔍 104 | MOTION to Bifurcate as to Wiliam Tejeda. (Apfel, David) (Entered: 05/12/2005) |
| 05/12/2005 | 🔍 105 | MOTION for Declaration of Mistrial as to Wiliam Tejeda. (Apfel, David) (Entered: 05/12/2005) |
| 05/12/2005 | 🔍 | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Jury Trial as to Carmen Figueroa, Wiliam Tejeda held on 5/12/2005 Government evidence continues (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/13/2005) |

| 05/13/2005 | | Judge William G. Young : Electronic ORDER entered denying 104 Motion to Bifurcate as to Wiliam Tejeda (5) (Smith, Bonnie) (Entered: 05/13/2005) |
|---|---|---|
| 05/13/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Jury Trial Day 8 as to Carmen Figueroa, Wiliam Tejeda held on 5/13/2005 government evidence continues. Government RESTS. Defense orally move for directed verdict. After hearing the court allows in part and denies in part the motion of Defendant Figueroa. A juror is excused. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/13/2005) |
| 05/13/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Hearing Out of Jury Presence as to Carmen Figueroa, Wiliam Tejeda held on 5/13/2005 Court hears argument re: issue of dft Tejada calling an expert. Request denied.; verdict form; defense of duress. Defendant Tejada Motion for Bifurcation is Denied. The Motion for Mistrial is Under Advisement. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/13/2005) |
| 05/15/2005 | 106 | Memorandum regarding Burden of Proof for Affirmative Defenses as to Carmen Figueroa (Rue, Nancy) (Entered: 05/15/2005) |
| 05/16/2005 | 107 | Ex Parte MOTION for Protective Order as to Carmen Figueroa, Wiliam Tejedaby USA. (Smith, Bonnie) (Entered: 05/16/2005) |
| 05/16/2005 | | Judge William G. Young : Electronic ORDER entered denying [107] Motion for Protective Order as to Wiliam Tejeda (5), Carmen Figueroa (3) (Smith, Bonnie) (Entered: 05/16/2005) |
| 05/16/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Jury Trial Day 9 as to Carmen Figueroa, Wiliam Tejeda held on 5/16/2005 Defendant Tejada evidence commences. Defendant Tejada Rests. Defendant Tejada orally renews motions for directed verdict, bifurcation, motions orally denied.Court gives charge as to duress. Defendant Figueroa evidence commences.Hearing out of presence of the jury as to whether defendant Figueroa can call an expert witness. Court denies request with understanding that defendant Figueroa may renew request with sited case law. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/16/2005) |
| 05/17/2005 | 108 | Proposed Jury Instructions by USA as to Carmen Figueroa, Wiliam Tejeda (Rue, Nancy) (Entered: 05/17/2005) |
| 05/17/2005 | 109 | Proposed Jury Instructions by Wiliam Tejeda (Apfel, David) (Entered: 05/17/2005) |
| 05/17/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Jury Trial Day 10 as to Carmen Figueroa, Wiliam Tejeda held on 5/17/2005 Defendant Figueroa's evidence continues. Defendant Figueroa Rests. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/18/2005) |
| 05/18/2005 | 110 | Proposed Supplemental Jury Instructions by Wiliam Tejeda (Bell, Marie) (Entered: 05/19/2005) |

| | | |
|---|---|---|
| 05/18/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Charge conference held.Jury Trial Day 11 as to Carmen Figueroa, Wiliam Tejeda held on 5/18/2005 Defendant Figueroa evidence continues. Defendant Figueroa Rests. Closing arguments by Govt., Dfts. Rebuttal by Govt. Court charges the jury as to the law. Jury commences deliberations. Jury question #1 asked and answered.(Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/19/2005) |
| 05/19/2005 | 111 | MOTION for transcripts at government expense as to Manuel Lamont Mendes. (Ford, Thomas) (Entered: 05/19/2005) |
| 05/19/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Jury Trial Day 12 as to Carmen Figueroa, Wiliam Tejeda held on 5/19/2005 12 deliberating jurors and one alternate are present. Jury retires to continue their deliberations. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/20/2005) |
| 05/20/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Jury Trial as to Carmen Figueroa, Wiliam Tejeda held on 5/20/2005 Jury unseals verdict and returns verdict of Guilty as to each defendant. Defendants remanded to custody. Sentencing set for 9/15/05 at 2PM(Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/20/2005) |
| 05/20/2005 | 112 | JURY VERDICT as to Carmen Figueroa (3) Guilty on Count 1ss and Wiliam Tejeda (5) Guilty on Count 1ss. (Smith, Bonnie) (Entered: 05/20/2005) |
| 05/20/2005 | 113 | EXHIBIT/WITNESS LIST by Carmen Figueroa, Wiliam Tejeda (Smith, Bonnie) (Entered: 05/20/2005) |
| 05/20/2005 | 114 | MOTION Continue Conditions of Release Pending Sentencing as to Wiliam Tejeda. (Apfel, David) (Entered: 05/20/2005) |
| 05/20/2005 | | Judge William G. Young : Electronic ORDER entered denying 114 Motion to continue conditions of release as to Wiliam Tejeda (5) (Smith, Bonnie) (Entered: 05/24/2005) |
| 05/24/2005 | 115 | Judge William G. Young : Electronic ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Carmen Figueroa Sentencing set for 9/15/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 05/24/2005) |
| 05/24/2005 | 116 | Judge William G. Young : Electronic ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Wiliam Tejeda Sentencing set for 9/15/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 05/24/2005) |
| 05/26/2005 | 117 | Opposition by USA as to Manuel Lamont Mendes re 111 MOTION for transcripts at government expense (Poswistilo, Susan) (Entered: 05/26/2005) |
| 05/27/2005 | 118 | MOTION for New Trial as to Wiliam Tejeda. (Apfel, David) (Entered: 05/27/2005) |

| | | |
|---|---|---|
| 05/27/2005 | 119 | MEMORANDUM in Support by Wiliam Tejeda re 118 MOTION for New Trial (Apfel, David) (Entered: 05/27/2005) |
| 05/31/2005 | 120 | MOTION for New Trial as to Carmen Figueroa. (LaChance, John) (Entered: 05/31/2005) |
| 06/01/2005 | 121 | APPLICATION FOR ORDER as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendesby USA. (Bell, Marie) (Entered: 06/01/2005) |
| 06/01/2005 | 122 | Judge William G. Young : ORDER entered Granting [121] Application filed by USA, (Bell, Marie) (Entered: 06/02/2005) |
| 06/02/2005 | | NOTICE OF RESCHEDULING as to Christopher Custer, Jennifer Pavao In order for Probation to prepare a complete psr, the Court is rescheduling the sentencing as follows: Sentencing reset for 9/19/2005 02:00 PM in Courtroom 3 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 06/02/2005) |
| 06/02/2005 | | NOTICE OF RESCHEDULING as to Manuel Lamont Mendes Sentencing reset for 9/12/2005 02:00 PM in Courtroom 20 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 06/02/2005) |
| 06/02/2005 | | NOTICE OF RESCHEDULING as to Desiree Alves Sentencing set for 9/21/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 06/02/2005) |
| 06/03/2005 | | NOTICE OF RESCHEDULING as to Desiree Alves Sentencing reset for 9/28/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 06/03/2005) |
| 06/03/2005 | | NOTICE OF HEARING ON MOTIONS FOR NEW TRIAL as to Carmen Figueroa, Wiliam Tejeda Responses due by 6/14/2005 Replies due by 6/27/2005. Motion Hearing set for 7/21/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 06/03/2005) |
| 06/03/2005 | | Judge William G. Young : Electronic ORDER entered granting 111 Motion for Transcripts at Government Expense as to Manuel Lamont Mendes (1). cc/cl. (Bell, Marie) (Entered: 06/03/2005) |
| 06/07/2005 | | Judge William G. Young : ELECTRONICORDER entered denying 105 Motion for Declaration of Mistrial as to Wiliam Tejeda (5). cc/cl. (Bell, Marie) (Entered: 06/07/2005) |
| 06/15/2005 | 123 | Opposition by USA as to Wiliam Tejeda re 118 MOTION for New Trial (Rue, Nancy) (Entered: 06/15/2005) |
| 06/15/2005 | 124 | Opposition by USA as to Carmen Figueroa re 120 MOTION for New Trial (Rue, Nancy) (Entered: 06/15/2005) |
| 06/15/2005 | | NOTICE OF CONFERENCE as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes Scheduling Conference for the purpose of setting further |

| | | |
|---|---|---|
| | | nondispositional proceedings in this case is SET for WED.7/6/2005 02:30 PM in Courtroom 18 before Chief Judge William G. Young. Only counsel who represent clients that require such proceedings need to attend. cc/cl(Smith, Bonnie) (Entered: 06/15/2005) |
| 06/15/2005 | 125 | MOTION for Authorization of Services or Funds *for Trial Transcript* as to Wiliam Tejeda. (Apfel, David) (Entered: 06/15/2005) |
| 06/16/2005 | | NOTICE OF RESCHEDULING as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont MendesDUE TO A CONFLICT IN THE COURT'S SCHEDULE, it is necessary to reschedule the conference originally set for Wed. July 6.The Scheduling Conference for the purpose of setting further proceedings in this case is RESET for FRIDAY 7/8/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. cc/cl(Smith, Bonnie) (Entered: 06/16/2005) |
| 06/27/2005 | 126 | REPLY TO RESPONSE to Motion by Wiliam Tejeda re 118 MOTION for New Trial (Attachments: # 1 Attachment A# 2 Attachment B)(Apfel, David) (Entered: 06/27/2005) |
| 07/06/2005 | | NOTICE OF RESCHEDULING AS TO TIME ONLY..... as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes Scheduling Conference set for 7/8/2005 11:30 AM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 07/06/2005) |
| 07/06/2005 | 127 | TRANSCRIPT of Proceedings as to Christopher Custer held on 5/6/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Smith, Bonnie) (Entered: 07/06/2005) |
| 07/06/2005 | 128 | TRANSCRIPT of Proceedings as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes held on 4/6/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Smith, Bonnie) (Entered: 07/06/2005) |
| 07/07/2005 | | NOTICE OF RESCHEDULING THE MOTION HEARING previously set for 7/21/05 as to Carmen Figueroa, Wiliam Tejeda DUE TO A CONFLICT IN THE COURT'S SCHEDULE THE MOTIONS WILL BE HEARD ON WED. JULY 20 AT 2PM.Hearing reset for 7/20/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 07/07/2005) |
| 07/08/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Scheduling Conference as to Christopher Custer, Wiliam Tejeda, Manuel Lamont Mendes held on 7/8/2005 Conference to set date for the nonjury trial on the issue of the difference,if any, between cocaine base and crack; role in the offense and amount of the drugs attributable to the defendants Mendes and Custer. Bench Trial set for 9/8/2005 09:00 AM in |

| | | |
|---|---|---|
| | | Courtroom 18 before Chief Judge William G. Young. The trial will commence with the issue of the difference between cocaine base and crack. ALL SENTENCINGS AND PSR DEADLINES PREVIOUSLY SET IN THIS CASE FOR ALL DEFENDANTS(INCLUDING FIGUEROA, PAVAO AND ALVES) WILL BE CONTINUED UNTIL AFTER THE NONJURY TRIAL.Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/08/2005) |
| 07/18/2005 | 129 | TRANSCRIPT of Proceedings as to Jennifer Pavao, Manuel Lamont Mendes held on 4/29/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at www.donwomack.com or the Clerk's Office. (Smith, Bonnie) (Entered: 07/18/2005) |
| 07/18/2005 | 130 | TRANSCRIPT of Proceedings as to Christopher Custer, Wiliam Tejeda, Manuel Lamont Mendes held on 7/8/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at www.donwomack.com or the Clerk's Office. (Smith, Bonnie) (Entered: 07/18/2005) |
| 07/20/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Motion Hearing as to Carmen Figueroa, Wiliam Tejeda held on 7/20/2005 re 118 MOTION for New Trial filed by Wiliam Tejeda, Court hears argument. After hearing the court Denies the Motion of Dft Tejada and takes Under Advisement the motion of Figueroa. The govt has 3 weeks to file a response. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/21/2005) |
| 07/22/2005 | 131 | MOTION for Interim Compensation as to Wiliam Tejeda. (Apfel, David) (Entered: 07/22/2005) |
| 07/25/2005 | | Judge William G. Young : Electronic ORDER entered granting 131 Motion for Interim Compensation as to Wiliam Tejeda (5). cc/cl. (Bell, Marie) (Entered: 07/26/2005) |
| 07/26/2005 | 132 | NOTICE OF ATTORNEY APPEARANCE: Jennifer L. Chunias appearing for Wiliam Tejeda (Chunias, Jennifer) (Entered: 07/26/2005) |
| 07/29/2005 | 133 | MOTION for Interim Compensation as to Carmen Figueroa. (LaChance, John) (Entered: 07/29/2005) |
| 08/10/2005 | | Judge William G. Young : Electronic ORDER entered granting 133 Motion for Interim Compensation as to Carmen Figueroa (3). cc/cl. (Bell, Marie) (Entered: 08/10/2005) |
| 08/10/2005 | 134 | MOTION for Extension of Time to 8/24/2005 to File Response/Reply as to Carmen Figueroaby USA. (Poswistilo, Susan) (Entered: 08/10/2005) |
| 08/10/2005 | 135 | MOTION to Continue *Sentencing Proceeding* as to Wiliam Tejedaby USA. (Poswistilo, Susan) (Entered: 08/10/2005) |
| 08/22/2005 | | Judge William G. Young : Electronic ORDER entered granting 134 |

| | | |
|---|---|---|
| | | Motion for Extension of Time to 8/24/05 File Response/Reply as to Carmen Figueroa (3). cc/cl. (Bell, Marie) (Entered: 08/22/2005) |
| 08/23/2005 | ❂ | NOTICE OF RESCHEDULING as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes Due to the scheduling of a criminal trial in the case of USA v John Chu, the Court is RESCHEDULING the evidentiary hearing previously set for 9/8/-9/9. The hearing re: expert testimony is RESCHEDULED TO THUR. 9/22/2005 AT 02:30 PM before Chief Judge William G. Young. The hearing will continue on FRIDAY 9/23/05 AT 2:00 PM. The Evidence on the issue of role in the offense as to defendants Mendes and Custer will be heard on Friday 9/30/05at 2:00 PM. DUE TO THIS RESCHEDULING, ALL SENTENCINGS OF ALL DEFENDANTS IN THIS CASE ARE CANCELLED AND WILL BE RESCHEDULED AFTER THE CONCLUSION OF THE HEARING ON SEPT. 30, 2005.IF NECESSARY, THE HEARING WILL CONTINUE ON MONDAY OCT. 3, 2005 AT 2PM.(Smith, Bonnie) Modified on 8/23/2005 (Smith, Bonnie). (Entered: 08/23/2005) |
| 08/23/2005 | ❂136 | Second MOTION for Extension of Time to September 14, 2005 to File Response/Reply *to Motion for New Trial* as to Carmen Figueroaby USA. (Poswistilo, Susan) (Entered: 08/23/2005) |
| 08/25/2005 | ❂ | Judge William G. Young : Electronic ORDER entered granting 136 Motion for Extension of Time to 9/14/05 File Response to Motion for New Trial as to Carmen Figueroa (3). cc/cl. (Bell, Marie) (Entered: 08/25/2005) |
| 09/15/2005 | ❂137 | Opposition by USA as to Carmen Figueroa re 120 MOTION for New Trial (Attachments: # 1 # 2)(Poswistilo, Susan) (Entered: 09/15/2005) |
| 09/16/2005 | ❂138 | *****SEALED DOCUMENT ***** EX PARTE Motion for CJA Funds as to Christopher Custer. (Bell, Marie) Modified on 9/23/2005 (Bell, Marie). (Entered: 09/19/2005) |
| 09/16/2005 | ❂139 | MOTION to Seal EX PARTE Motion as to Christopher Custer. (Bell, Marie) (Entered: 09/19/2005) |
| 09/22/2005 | ❂ | Judge William G. Young : ElectronicORDER entered granting [138] EX PARTE Motion as to Christopher Custer (2); granting [139] Motion to Seal as to Christopher Custer (2). cc/cl. (Bell, Marie) (Entered: 09/23/2005) |
| 09/22/2005 | ❂ | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Hearing as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes held on 9/22/2005 The Court hears from defense and government re: the difference between crack and cocaine base. After hearing the Court requires briefing on the issue in dispute. The defense has 2 weeks to file a brief and the government has 2 weeks thereafter to file a responsive brief. A hearing if necessary will be scheduled. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 09/23/2005) |

| | | |
|---|---|---|
| 09/22/2005 | | Set/Reset Hearings as to Christopher Custer, Manuel Lamont Mendes: Bench Trial on role in the offense and amount of drugs set for 9/30/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. If the hearing is not completed it will continue to Mon. Oct. 3, 2005 at 2PM. (Smith, Bonnie) (Entered: 09/23/2005) |
| 09/27/2005 | | NOTICE CANCELLING DEADLINE as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes. Deadline cancelled: 9/30/05 The evidentiary hearing set for 9/30/05 and 10/3/05 re: role in the offense and amount of drugs as to Mendes and Custer has been cancelled. The hearing will go forward once the Court has decided the issue of crack vs cocaine base. cc/cl (Smith, Bonnie) (Entered: 09/27/2005) |
| 09/28/2005 | | Judge William G. Young : ElectronicORDER entered. as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes The defendants have until 2 weeks after receipt of the transcript ordered to file briefs on the issue in dispute. The Government has 2 weeks thereafter to file a response. cc/cl (Smith, Bonnie) (Entered: 09/28/2005) |
| 10/26/2005 | 140 | TRANSCRIPT of Proceedings as to Desiree Alves held on 04-25/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/26/2005) |
| 10/26/2005 | 141 | TRANSCRIPT of Proceedings as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes held on 5/4/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/26/2005) |
| 10/26/2005 | 142 | TRANSCRIPT of Proceedings as to Carmen Figueroa, Wiliam Tejeda held on 5/10/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/26/2005) |
| 10/26/2005 | 143 | TRANSCRIPT of Proceedings as to Carmen Figueroa, Wiliam Tejeda held on 5/6/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/26/2005) |
| 10/26/2005 | 144 | TRANSCRIPT of Proceedings as to Carmen Figueroa, Wiliam Tejeda held on 5/9/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. |

| | | |
|---|---|---|
| | | Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/26/2005) |
| 10/26/2005 | 145 | TRANSCRIPT of Proceedings as to Christopher Custer, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes held on 9/22/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/26/2005) |
| 10/26/2005 | 146 | TRANSCRIPT of Proceedings as to Carmen Figueroa, Wiliam Tejeda held on 5/18/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/26/2005) |
| 10/26/2005 | 147 | TRANSCRIPT of Proceedings as to Carmen Figueroa, Wiliam Tejeda held on 5/19/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/26/2005) |
| 10/26/2005 | 148 | TRANSCRIPT of Proceedings as to Carmen Figueroa, Wiliam Tejeda held on 5/20/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/26/2005) |
| 10/26/2005 | 149 | TRANSCRIPT of Proceedings as to Carmen Figueroa held on 7/20/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/26/2005) |
| 10/26/2005 | 150 | TRANSCRIPT of Proceedings as to Wiliam Tejeda held on 7/20/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/26/2005) |
| 10/26/2005 | 151 | TRANSCRIPT of Proceedings as to Christopher Custer, Carmen Figueroa, Desiree Alves, Wiliam Tejeda, Jennifer Pavao, Manuel Lamont Mendes held on 5/18/04 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/26/2005) |
| 10/26/2005 | 152 | TRANSCRIPT of Proceedings as to Wiliam Tejeda held on 5/10/05 Vol. |

| | | |
|---|---|---|
| | | 3 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/26/2005) |
| 10/26/2005 | 153 | TRANSCRIPT of Proceedings as to Carmen Figueroa, Wiliam Tejeda held on 5/11/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/26/2005) |
| 10/26/2005 | 154 | TRANSCRIPT of Proceedings as to Carmen Figueroa, Wiliam Tejeda held on 5/12/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/26/2005) |
| 10/26/2005 | 155 | TRANSCRIPT of Proceedings as to Carmen Figueroa, Wiliam Tejeda held on 5/16/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/26/2005) |
| 10/26/2005 | 156 | TRANSCRIPT of Proceedings as to Carmen Figueroa, Wiliam Tejeda held on 5/17/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/26/2005) |
| 10/26/2005 | 157 | TRANSCRIPT of Proceedings as to Wiliam Tejeda held on 5/3/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/26/2005) |
| 11/29/2005 | 158 | TRANSCRIPT of Proceedings as to Carmen Figueroa, Wiliam Tejeda held on 5/13/05 before Judge Young. Court Reporter: Carol Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Smith, Bonnie) (Entered: 11/29/2005) |
| 12/12/2005 | 159 | MOTION To Preclude Application of Enhanced Guidelines Penalties *For "Crack" In Calculating Defendant's Sentence* as to Wiliam Tejeda. (Apfel, David) (Entered: 12/12/2005) |
| 12/12/2005 | 160 | MEMORANDUM in Support by Wiliam Tejeda re 159 MOTION To Preclude Application of Enhanced Guidelines Penalties *For "Crack" In Calculating Defendant's Sentence* (Attachments: # (1) Exhibit 1# pages 1-20 (2) Exhibit 1# pages 21-40 (3) Exhibit 1# pages 41-end, (4) Exhibit |

| | | |
|---|---|---|
| | | 2# 5 Exhibit 3# 6 Exhibit 4# 7 Exhibit 5# 8 Exhibit 6# 9 Exhibit 7# 10 Exhibit 8# 11 Exhibit 9# and (12) Exhibit 10#)(Apfel, David) Modified on 12/14/2005 (Bell, Marie). (Entered: 12/12/2005) |
| 12/13/2005 | 161 | MOTION for Joinder *As To Defendant William Tejada's Motion To Preclude Application Of Enhanced Guideline Penalties For "Crack" Cocaine In Calculating Defendant's Sentence* as to Carmen Figueroa. (LaChance, John) (Entered: 12/13/2005) |
| 12/16/2005 | 162 | Memorandum regarding Sentencing as to Christopher Custer (Smith, Mark) (Entered: 12/16/2005) |
| 12/20/2005 | | Judge William G. Young : Electronic ORDER entered granting 161 Motion for Joinder as to Carmen Figueroa (3) (Smith, Bonnie) (Entered: 12/20/2005) |
| 01/10/2006 | 163 | MEMORANDUM in Opposition by USA as to Wiliam Tejeda re 159 MOTION To Preclude Application of Enhanced Guidelines Penalties *For "Crack" In Calculating Defendant's Sentence* (Attachments: # 1 # 2 # 3 # 4 # 5 # 6)(Poswistilo, Susan) (Entered: 01/10/2006) |
| 01/10/2006 | 164 | Memorandum regarding In Opposition to Custer's Sentencing Memorandum regarding Crack Cocaine as to Christopher Custer (Rue, Nancy) (Entered: 01/10/2006) |
| 01/18/2006 | 165 | MOTION For Presentence Transfer Of Defendant William Tejeda as to Wiliam Tejeda. (Apfel, David) (Entered: 01/18/2006) |
| 01/18/2006 | | NOTICE OF HEARING as to Christopher Custer, Manuel Lamont Mendes Sentencing set for 3/28/2006 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 01/18/2006) |
| 01/18/2006 | | NOTICE OF HEARING as to Desiree Alves, Jennifer Pavao Sentencing set for 3/29/2006 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 01/18/2006) |
| 01/18/2006 | | NOTICE OF HEARING as to Carmen Figueroa, Wiliam Tejeda Sentencing set for 3/30/2006 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 01/18/2006) |
| 01/18/2006 | | Judge William G. Young : Electronic ORDER entered denying 165 Motion Presentence Transfer as to Wiliam Tejeda (5) (Smith, Bonnie) (Entered: 01/18/2006) |
| 01/20/2006 | 166 | Assented to MOTION for Leave to File *a Reply Memorandum* as to Wiliam Tejeda. (Attachments: # 1 Exhibit A (Reply Memorandum Of William Tejeda In Further Support Of His Motion To Preclude Application Of Enhanced Guidelines Penalties For "Crack"))(Apfel, David) (Entered: 01/20/2006) |
| 01/24/2006 | | Judge William G. Young : Electronic ORDER entered granting 166 Motion for Leave to File a Reply Memorandum as to William Tejeda. (Paine, Matthew) (Entered: 01/24/2006) |
| | | |

| 03/08/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Manuel Lamont Mendes Sentencing reset for 4/4/2006 02:00 PM in Courtroom 18 before Judge William G. Young. Counsel are to inform the court whether this will be an evidentiary hearing. cc/cl(Smith, Bonnie) Modified on 3/8/2006 (Smith, Bonnie). (Entered: 03/08/2006) |
|---|---|---|
| 03/08/2006 | 168 | EX PARTE MOTION as to Jennifer Pavao. (Paine, Matthew) (Entered: 03/09/2006) |
| 03/09/2006 | 167 | MOTION to Seal *Sentencing Memorandum and Supporting Documents* as to Desiree Alves. (Kelley, Page) (Entered: 03/09/2006) |
| 03/09/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 168 EX PARTE MOTION as to Jennifer Pavao. (Paine, Matthew) (Entered: 03/09/2006) |
| 03/10/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 167 Motion to Seal Sentencing Memorandum and Supporting Documents as to Desiree Alves. (Paine, Matthew) (Entered: 03/10/2006) |
| 03/10/2006 | 171 | Letter (non-motion) regarding no evidentiary hearing at sentencing as to Manuel Lamont Mendes (Smith, Bonnie) (Entered: 03/21/2006) |
| 03/14/2006 | 169 | MOTION to Exclude *Prior Conviction* as to Manuel Lamont Mendes. (Ford, Thomas) (Entered: 03/14/2006) |
| 03/15/2006 | | NOTICE OF RESCHEDULING as to Jennifer Pavao Sentencing reset for 5/1/2006 02:00 PM in Courtroom 18 before Judge William G. Young. cc/cl(Smith, Bonnie) (Entered: 03/15/2006) |
| 03/15/2006 | | Notice of correction to docket made by Court staff. Correction: time for sentencing as to Jennifer Pavao The sentencing will take place at 2:30 PM on May 1, 2006. (Smith, Bonnie) (Entered: 03/15/2006) |
| 03/15/2006 | 170 | MOTION to Continue *Sentencing* as to Carmen Figueroa. (LaChance, John) (Entered: 03/15/2006) |
| 03/16/2006 | | Judge William G. Young : Electronic ORDER entered. as to Carmen Figueroa re 170 MOTION to Continue *Sentencing* filed by Carmen Figueroa,, Motions terminated as to Carmen Figueroa: Sentencing reset for MONDAY 5/1/2006 02:00 PM in Courtroom 18 before Judge William G. Young. cc/cl (Smith, Bonnie) (Entered: 03/16/2006) |
| 03/27/2006 | 172 | SENTENCING MEMORANDUM by USA as to Christopher Custer (Poswistilo, Susan) (Entered: 03/27/2006) |
| 03/28/2006 | 173 | SENTENCING MEMORANDUM by Christopher Custer (Attachments: # 1 Exhibit Dr. Ebert's Report# 2 Exhibit)(Smith, Mark) (Entered: 03/28/2006) |
| 03/28/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Sentencing held on 3/28/2006 for Christopher Custer (2), Count (s) 1ss, The Court holds an evidentiary hearing to determine an enhancement for role. Witness Jennifer Pavao Sworn and examined by |

| | | |
|---|---|---|
| | | the Government and Cross examined by the Defendant. After the hearing, the Court Finds, beyond a reasonable doubt, that the defendant was a manager and supervisor and calculates the advisory guidelines accordingly. The Court hears from the government, defense counsel and the defendant and imposes the following sentence: The defendant is committed to the custody of the BOP for 300 months with the recommendation that he receive credit for time served from 3/16/04-4/22/05 and 5/16/05 to the present, to be followed by a term of Supervised Release of 5 years with Special Conditions. No Fine. Special Assessment of $100. Should an appeal be contemplated, the Court ORDERS the parties to move for the production of the necessary transcript PRIOR to the filing of the notice of appeal. The defendant is notified of the right to appeal. The defendant is remanded to custody. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 03/29/2006) |
| 03/29/2006 | 174 | SEALED MOTION as to Desiree Alvesby USA. (Paine, Matthew) (Entered: 03/29/2006) |
| 03/29/2006 | 175 | Judge William G. Young : ORDER entered. JUDGMENT as to Christopher Custer (2), Count(s) 1, 1s, Dismissed upon filing of superseding indictment; Count(s) 1ss, The defendant is committed to the custody of the BOP for 300 months to be followed by a term of Supervised Release of 5 years with Special Conditions. No Fine. Special Assessment of $100. (Attachments: # 1 Transcript) (Smith, Bonnie) (Entered: 03/29/2006) |
| 03/29/2006 | 176 | SENTENCING MEMORANDUM by Wiliam Tejeda (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Apfel, David) (Entered: 03/29/2006) |
| 03/29/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Sentencing held on 3/29/2006 for Desiree Alves (4), Count(s) 1, Dismissed upon filing of superseding indictment; Count(s) 1s, Dismissed upon filing superseding indictment; Count(s) 1ss, The Court ALLOWS the Government's Motion. The Court calculates the advisory guidelines and hears from the government, defense counsel and the defendant. After hearing the court imposes the following sentence: The defendant is committed to the custody of the BOP for 36 months to be followed by a term of Supervised Release of 5 years with Special Conditions. No Fine. Special Assessment of $100. The defendant is norified of the right to appeal. Should an appeal be contemplated, the Court ORDERS the parties to move for the production of the necessary transcript, PRIOR to the filing of the notice of appeal. The defendant is remanded to custody. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 03/30/2006) |
| 03/29/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Plea entered by Desiree Alves (4) Guilty Count 1,1s,1ss. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 03/30/2006) |
| 03/30/2006 | 177 | Judge William G. Young : ORDER entered. JUDGMENT as to Desiree Alves (4), Count(s) 1, Dismissed upon filing of superseding indictment; Count(s) 1s, Dismissed upon filing superseding indictment; Count(s) 1ss, |

| | | |
|---|---|---|
| | | The defendant is committed to the custody of the BOP for 36 months to be followed by a term of Supervised Release of 5 years with Special Conditions. No Fine. Special Assessment of $100. (Attachments: # 1 Transcript) (Smith, Bonnie) (Entered: 03/30/2006) |
| 03/30/2006 | 178 | SEALED MOTION as to Desiree Alves. (Paine, Matthew) (Entered: 03/30/2006) |
| 03/30/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Sentencing held on 3/30/2006 for Wiliam Tejeda (5), Count(s) 1, Dismissed upon filing of superseding indictment; Count(s) 1s, Dismissed upon filing second superseding indictment; Count(s) 1ss, The Court announces the advisory guidelines and hears from the government, defense counsel and the defendant. After hearing the Court imposes the following sentence: The defendant is committed to the custody of the BOP for 240 months to be followed by a term of Supervised Release of 5 years with Special Conditions. No Fine. Special Assessment of $100. The Cour trecommends credit for time served of 359 days, and custody at either Fort Dix or Otisville. The Court recommends designation as soon as possible. The Court notifies the defendant of the right to appeal. Should an appeal be contemplated, the Court ORDERS the parties to move for the production of the necessary transcript, PRIOR to the filing of the notice of appeal. The defendant is remanded to custody. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 03/31/2006) |
| 03/31/2006 | 179 | Judge William G. Young : ORDER entered. JUDGMENT as to Wiliam Tejeda (5), Count(s) 1, Dismissed upon filing of superseding indictment; Count(s) 1s, Dismissed upon filing second superseding indictment; Count(s) 1ss, The defendant is committed to the custody of the BOP for 240 months to be followed by a term of Supervised Release of 5 years with Special Conditions. No Fine. Special Assessment of $100. (Attachments: # 1 Transcript) (Smith, Bonnie) (Entered: 03/31/2006) |
| 03/31/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 178 Motion to Seal as to Desiree Alves. (Paine, Matthew) (Entered: 03/31/2006) |
| 04/03/2006 | 180 | Writ of Habeas Corpus ad Prosequendum Issued as to Manuel Lamont Mendes for 4/4/06 (Smith, Bonnie) (Entered: 04/03/2006) |
| 04/03/2006 | 181 | MEMORANDUM in Opposition by USA as to Manuel Lamont Mendes re 169 MOTION to Exclude *Prior Conviction* (Poswistilo, Susan) (Entered: 04/03/2006) |
| 04/04/2006 | 182 | TRANSCRIPT of Proceedings as to Wiliam Tejeda held on 3/30/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megaran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 04/04/2006) |
| 04/04/2006 | 183 | MOTION for Authorization of Services or Funds *for Transcripts* as to Wiliam Tejeda. (Apfel, David) (Entered: 04/04/2006) |

| | | |
|---|---|---|
| 04/04/2006 | 184 | MOTION for Authorization of Services or Funds *for transcripts* as to Christopher Custer. (Smith, Mark) (Entered: 04/04/2006) |
| 04/04/2006 | 185 | TRANSCRIPT of Proceedings as to Desiree Alves held on 3/29/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Smith, Bonnie) Additional attachment(s) added on 4/4/2006 (Paine, Matthew). (Entered: 04/04/2006) |
| 04/04/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Sentencing held on 4/4/2006 for Manuel Lamont Mendes (1), Count(s) 1, Dismissed upon filing superseding indictment; Count(s) 1s, Dismissed upon filing of second superseding indictment; Count(s) 1ss, The Court announces the advisory guideline calculations and after hearing from the government, defense counsel and defendant imposes the following sentence: The defendant is committed to the custody of the BOP for 35 years consecutive to the sentence now being served in the state court to be followed by a term of Supervised Release for 10 years with special conditions. No Fine. Special Assessment of $100. The defendant is notified of the right to appeal.Should an appeal be contemplated, the Court ORDERS the parties to move for the production of the necessary transcript, PRIOR to the filing of the notice of appeal. The defendant is remanded to custody. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 04/05/2006) |
| 04/05/2006 | 186 | Judge William G. Young : ORDER entered. JUDGMENT as to Manuel Lamont Mendes (1), Count(s) 1, Dismissed upon filing superseding indictment; Count(s) 1s, Dismissed upon filing of second superseding indictment; Count(s) 1ss, The defendant is committed to the custody of the BOP for 35 years consecutive to the sentence now being served in the state court to be followed by a term of Supervised Release for 10 years with special conditions. No Fine. Special Assessment of $100. (Attachments: # 1 Transcript) (Smith, Bonnie) (Entered: 04/05/2006) |
| 04/05/2006 | 187 | NOTICE OF APPEAL by Desiree Alves Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/25/2006. (Kelley, Page) (Entered: 04/05/2006) |
| 04/05/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 184 Motion for Authorization of Services or Funds for Transcripts as to Christopher Custer and GRANTING 183 Motion for Authorization of Services or Funds for Transcripts as to Wiliam Tejeda. (Paine, Matthew) (Entered: 04/05/2006) |
| 04/05/2006 | 188 | MOTION for transcripts at government expense as to Manuel Lamont Mendes. (Ford, Thomas) (Entered: 04/05/2006) |
| 04/05/2006 | 189 | NOTICE OF APPEAL by Christopher Custer Filing fee $ 255. NOTICE |

| | | |
|---|---|---|
| | | TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/25/2006. (Smith, Mark) (Entered: 04/05/2006) |
| 04/06/2006 | 190 | NOTICE OF APPEAL by Wiliam Tejeda re 179 Judgment, Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/26/2006. (Apfel, David) (Entered: 04/06/2006) |
| 04/07/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 188 Motion for Transcript at Government Expense as to Manuel Lamont Mendes. (Paine, Matthew) (Entered: 04/07/2006) |
| 04/07/2006 | 191 | NOTICE OF APPEAL by Manuel Lamont Mendes Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/27/2006. (Ford, Thomas) (Entered: 04/07/2006) |
| 04/12/2006 | 192 | TRANSCRIPT of Disposition as to Manuel Lamont Mendes held on April 4, 2006 before Judge Young. Court Reporter: Donald E. Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/12/2006) |
| 04/12/2006 | 193 | TRANSCRIPT of Disposition as to Christopher Custer held on March 28, 2006 before Judge Young. Court Reporter: Donald E. Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/12/2006) |
| 04/14/2006 | 194 | MOTION to Seal as to Jennifer Pavao. (Paine, Matthew) (Entered: 04/18/2006) |
| 04/14/2006 | 195 | SENTENCING MEMORANDUM (UNDER SEAL) by Jennifer Pavao. (Paine, Matthew) (Entered: 04/18/2006) |
| 04/18/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 194 Motion to Seal as to Jennifer Pavao. (Paine, Matthew) (Entered: 04/18/2006) |
| 04/21/2006 | 196 | MOTION to Continue *Sentencing Hearing* to 06/08/2006 as to Carmen Figueroa. (LaChance, John) (Entered: 04/21/2006) |
| 04/24/2006 | | Judge William G. Young : Electronic ORDER entered. as to Carmen Figueroa re 196 MOTION to Continue *Sentencing Hearing* to 06/08/2006 filed by Carmen Figueroa,, Motions terminated as toCarmen Figueroa: Sentencing RESET for TUE. 6/13/2006 02:00 PM in |

| | | |
|---|---|---|
| | | Courtroom 18 before Judge William G. Young. cc/cl (Smith, Bonnie) (Entered: 04/24/2006) |
| 04/25/2006 | 197 | EX PARTE MOTION as to Christopher Custer. (Paine, Matthew) (Entered: 04/25/2006) |
| 05/01/2006 | 198 | SEALED MOTION as to Jennifer Pavaoby USA. (Paine, Matthew) (Entered: 05/01/2006) |
| 05/01/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Sentencing held on 5/1/2006 for Jennifer Pavao (6), Count(s) 1, Count 1 dismissed upon filing of Superseding Indictment; Count(s) 1s, Count 1s dismissed upon filing of Second Superseding Indictment; Government counsel Susan Poswistilo and Defense counsel Michael Andrews are present in the courtroom. Probation Officer Jo Lyness is present. The Court announces the advisory guideline calculations and ALLOWS the Governments Motion for Departure. After hearing from counsel and the defendant the Court imposes the following sentence on Count(s) 1ss: The defendant is committed to the custody of the BOP for 36 months to be followed by a term of Supervised Release of 60 months with special conditions. No Fine. Special Assessment of $100. The Court recommends credit for time served from 3/16/04-3/24/04 and 5/2/05 to the present. The defendant is notified of the right to appeal.Should an appeal be contemplated, the Court ORDERS the parties to move for the production of the necessary transcript, PRIOR to the filing of the notice of appeal. The defendant is remanded to custody. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/02/2006) |
| 05/02/2006 | 199 | Judge William G. Young : ORDER entered. JUDGMENT as to Jennifer Pavao (6), Count(s) 1, Count 1 dismissed upon filing of Superseding Indictment; Count(s) 1s, Count 1s dismissed upon filing of Second Superseding Indictment; Count(s) 1ss, The defendant is committed to the custody of the BOP for 36 months to be followed by a term of Supervised Release of 60 months with special conditions. No Fine. Special Assessment of $100. (Attachments: # 1 Transcript) (Smith, Bonnie) (Entered: 05/02/2006) |
| 05/02/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 197 EX PARTE MOTION as to Christopher T. Custer. (Paine, Matthew) (Entered: 05/03/2006) |
| 05/10/2006 | 200 | MOTION For Appointment of New Counsel as to Manuel Lamont Mendes. (Attachments: # 1 Exhibit (Letter))(Paine, Matthew) Modified on 5/11/2006 (Paine, Matthew). (Entered: 05/10/2006) |