UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

USCA Docket Number: 06-1823

USDC Docket Number : 04-cr-10098

United States of America

v.

Desiree Alves

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

168, 174, 178

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 26, 2007.

Sarah A. Thornton, Clerk of Court

By: _____

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/29/07 .

_____
Deputy Clerk, US Court of Appeals

- 3/06