UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 04-10098-WGY |
| | ) | |
| DESIREE ALVES | ) | |

NOTICE OF APPEARANCE

Please enter my appearance as counsel for Desiree Alves, the Defendant in the above-captioned matter.

        DESIREE ALVES
        By her attorney,
        /s/ Page Kelley
        Page Kelley
         B.B.O. #548237
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA  02110
        Tel: 617-223-8061

March 28, 2008

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 28, 2008.

        /s/ Page Kelley
        Page Kelley