UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-CR-10098 WGY |
| | ) | |
| DESIREE ALVES | ) | |

## MOTION TO FILE UNDER SEAL

Now comes defendant Desiree Alves through counsel and requests that she be permitted to file her Assented-to Motion to Reduce Sentence under seal, as the motion contains confidential information that Ms. Alves does not wish to make public.

DESIREE ALVES
By her attorney,
/s/ Page Kelley
Page Kelley
B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

April 9, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 9, 2008.

/s/ Page Kelley
Page Kelley