UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-CR-10098-WGY |
| | ) | |
| DESIREE ALVES | ) | |

DEFENDANT'S PROPOSED ORDER FOR SENTENCE REDUCTION

Defendant submits the attached proposed Order and requests that the Court execute it

pursuant to the defendant's Assented-to Motion for Sentence Reduction that was filed under seal

with the Court on Wednesday, April 9, 2008.

<div style="margin-left: 50%;">

DESIREE ALVES
By her attorney,
/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110

</div>

April 9, 2008                                     Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non registered participants on April 9, 2008.

 /s/ Page Kelley
Page Kelley