UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-CR-10098-WGY

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REDUCING SENTENCE |
| v. | |
| DESIREE ALVES | |

THIS MATTER having come before the Court upon the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. §3582(c), and the Court having found that the retroactive amendment to the crack cocaine guideline reduces the base offense level from 38 to 36, and the parties having agreed upon the disposition of this case,

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to 28 months;

IT IS FURTHER ORDERED THAT all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, the defendant shall report to the United States Probation Office closest to the release destination within seventy-two hours.

This _____ day of April, 2008.

_____
Honorable William G. Young
United States District Judge