AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DESIREE ALVES ) | Case No: 04-10098-WGY |
| ) | USM No: 25149038 |
| Date of Previous Judgment: 03/30/2006 ) | Page Kelley |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __36__ months **is reduced to** __28__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 135- to 168 months | Amended Guideline Range: | 108 to 135 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __03/30/2006__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/14/2008                            /s/ William G. Young
                                                  Judge's signature

Effective Date: _____                    William G. Young
(if different from order date)                    Printed name and title